W. H. Hope, Appellant, v. C. H. Garrett, Appellee.

An Appeal from a Decree of the Circuit Court within and for the County of Hernando.

Appeal dismissed on motion of counsel for appellee.

*Davant & Davant,* for Appellant;

*F. B. Coogler,* for Appellee.